JAMES DOUGLAS LAKE v. MIDDLESEX GENERAL HOSPITAL.

July 15, 1980.

Cross-Petition for certification denied.

RICHARD KELLY v. HACKENSACK MEADOWLANDS
DEVELOPMENT COMMISSION.

July 15, 1980.

Petition for certification denied.   (See 172 *N.J.Super.* 223)

SEVEN HAVEN REALTY CO.

v.

TOWN OF BLOOMFIELD.

July 15, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. ISRAEL HERNANDEZ.

July 15, 1980.

Petition for certification denied.